IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA              PLAINTIFF

v.            No. 4:12-cr-246-DPM-24

GLEN BARSHAW
27231-009              DEFENDANT

ORDER

Barshaw's motion for copies of his records, № 701, is denied without prejudice based on the waiver in his plea agreement. On 24 June 2013, Barshaw pleaded guilty to Count 53 of the Indictment and "waive[d] all rights, whether asserted directly or by a representative, to request or receive from any department or agency of the United States any records pertaining to the investigation or prosecution of this case[.]" № 489 at 7.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

11 April 2014